IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| STEVEN McMILLEN, SR., | ) | |
| Register No. 506657, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-4192-CV-C-NKL |
| | ) | |
| DR. LAMOUR, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT, RECOMMENDATION AND ORDER

Plaintiff, an inmate confined in a Missouri penal institution, brought this case under the Civil Rights Act of 1871, 42 U.S.C. § 1983, and its corresponding jurisdictional statute, 28 U.S.C. § 1343. This case was referred to the undersigned United States Magistrate Judge for processing in accord with the Magistrate Act, 28 U.S.C. § 636, and L.R. 72.1.

On April 11, 2005, plaintiff filed a motion for leave to amend his complaint to add defendant Correctional Medical Services as a defendant. Plaintiff's motion should be denied. Correctional Medical Services was dismissed by this court as a defendant on December 30, 2004, for failure to state a claim.

Plaintiff's motion of April 11, 2005, also requests an extension of time to obtain service of process on defendant Lamour and provided two new addresses for defendant Lamour. On March 10, 2005, plaintiff was granted an additional sixty days to obtain service of process upon defendant Lamour. On March 25, 2005, service of process forms were again returned as unexecuted as to defendant Lamour. Plaintiff will be granted an additional sixty days from the date of this order to obtain service on defendant Lamour.

IT IS, THEREFORE, ORDERED that plaintiff is granted an additional sixty days from this date in which to obtain service of process on defendant Lamour [24]. It is further

ORDERED that the Clerk of Court complete the process forms for defendant Lamour at the addresses provided by plaintiff (document #24) and deliver the summons and complaint to the United States Marshal for service of process. It is further

ORDERED that the United States Marshal attempt service of process in accord with Fed. R. Civ. P. 4(e)(1), if mail service is attempted, or if mail service cannot be effected, by person service under Fed. R. Civ. P. 4(e)(2). It is further

RECOMMENDED that plaintiff's motion to amend to add Correctional Medical Services as a defendant be denied [24].

Under 28 U.S.C. § 636(b)(l), the parties may make specific written exceptions to this recommendation within twenty days. If additional time is needed, a motion for an extension of time must be filed within twenty days. The motion should state the reasons for the request. *See Nash v. Black*, 781 F.2d 665, 667 (8th Cir. 1986) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)); *Messimer v. Lockhart*, 702 F.2d 729 (8th Cir. 1983). Failure to make specific written exceptions to this report and recommendation may result in a waiver of the right to appeal.

Dated this 13th day of April, 2005, at Jefferson City, Missouri.

/s/

WILLIAM A. KNOX
United States Magistrate Judge