IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| STEVEN McMILLEN, SR., ) | | |
| Register No. 506657, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. 04-4192-CV-C-NKL | |
| ) | | |
| DR. LAMOUR, ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER

On July 28, 2005, the United States Magistrate Judge recommended that plaintiff's motion for protective order and motion to strike his medical files from the record be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's motion for protective order and motion to strike his medical files from the record are denied [36].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 6, 2005
Jefferson City, Missouri