IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| STEVEN MCMILLEN, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 04-4192-CV-C-NKL |
| | ) | |
| DR. JACQUES LAMOUR | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TRANSFERRING CASE

IT IS HEREBY ORDERED that the above-captioned matter is transferred to United States Magistrate Judge William A. Knox for all further proceedings and entry of judgment in accordance with Title 28, U.S.C. § 636(c) with the consent of the parties.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: April 14, 2006